IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |  |
|---|---|---|
| SERAFIN OTERO-RODRIGUEZ | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 05-6774 |
| | : | |
| JO ANNE BARNHART, | : | |
| Commissioner of Social Security | : | |
| | : | |
| Defendant. | : | |

ORDER

AND NOW, this 23rd day of July, 2007, upon consideration of the Report and Recommendation of United States Magistrate Judge M. Faith Angell and no objections having been filed, it is ORDERED, as follows:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Plaintiff's First Motion for Summary Judgment (Docket Entry No. 10) is DENIED.

3. The Commissioner's First Motion for Summary Judgment (Docket Entry No. 11) is GRANTED.

BY THE COURT:

_____
R. BARCLAY SURRICK                    J.